#### IN THE UNITED STATES COURT OF APPEALS
#### FOR THE FOURTH CIRCUIT

**DAVID M. DAUGHERTY,**

    **Plaintiff – Appellee,**

**v.**                                         **No.: 16-2243**

**OCWEN LOAN SERVICING, LLC,**

    **Defendant – Appellant,**

**and**

**EQUIFAX INFORMATION SERVICES, LLC,**

    **Defendants.**

### APPELLANT'S MOTION FOR EXPEDITED REVIEW OF ITS EMERGENCY MOTION FOR STAY PENDING APPEAL

Appellant Ocwen Loan Servicing, LLC ("Ocwen"), by counsel, pursuant to Rules 8 and 27 of the Federal Rules of Appellate Procedure ("FRAP"), hereby respectfully requests expedited review of its Emergency Motion for Stay Pending Appeal ("Motion"), filed December 12, 2016. As explained in Ocwen's Motion and Reply in support ("Reply"), Ocwen has obtained an appropriate supersedeas bond for $2,800,000 from a third-party surety, but the District Court has not acted to instruct JPMorgan Chase Bank, N.A. ("Chase") to release Ocwen's funds set

aside in response to a Writ of Suggestion from Appellee David M. Daugherty ("Daugherty"). The grounds for this expedited review are as follows.

## **ARGUMENT**

As set forth more fully in Ocwen's Motion and Reply, Ocwen is seeking a stay of enforcement of the District Court's judgment pending appeal and instructions to the District Court to enter an Order recalling and quashing the Writ of Suggestion and instructing Chase to release any funds restrained pursuant to the Writ of Suggestion. In his response, Daugherty consented to the Motion because the bond filed affords him sufficient protections pending appeal. Given Appellee's consent and Chase's continued restraint on Ocwen's funds, Ocwen requests expedited review of its Motion.

On December 12, 2016, Ocwen secured and filed a third-party surety bond for $2,800,000.00—more than sufficient to cover the award, attorney's fees, costs, and post-judgment interest. Accordingly, Ocwen moved this Court to enter a stay of enforcement of the judgment pending appeal to prevent further enforcement efforts by Daugherty. In response to Ocwen's Motion, Daugherty acknowledged that the bond filed was satisfactory to protect his rights pending appeal and consented to the Motion. Expedited review is appropriate here because the Court will be able to quickly dispose of the Motion given the parties' agreement that a stay pending appeal is appropriate.

Moreover, expedited review is appropriate in light of the undue hardship and prejudice caused by the fact that Chase continues to withhold Ocwen's funds. While Ocwen worked diligently to secure an appropriate bond to satisfy the requirements of Rule 62(d) of the Federal Rules of Civil Procedure ("Rule"), Daugherty continued to attempt to enforce his judgment. One such effort was requesting the issuance of a Writ of Suggestion to Chase. In response to the Writ, Chase is holding $2,506,128.39 of Ocwen's funds pending further Order from the District Court. However, even after Ocwen moved the District Court to recall and quash the Writ of Suggestion, the District Court has failed to act—presumably out of deference to the Motion pending before this Court and the expectation that this Court will grant the Motion.

As a result, Daugherty continues to receive double security pending appeal: the supersedeas bond and the funds restrained by Chase. This situation is not only improper under the Rules, but is causing Ocwen undue hardship. The longer Chase withholds Ocwen's funds, the greater the prejudice Ocwen will suffer as it is denied access to and the ability to disburse its funds as needed. Accordingly, Ocwen respectfully requests an expedited ruling on the fully briefed Emergency Motion for Stay Pending Appeal.

## CONCLUSION

WHEREFORE, for the foregoing reasons, Ocwen respectfully requests that this Court review and grant its Emergency Motion for Stay Pending Appeal on an expedited basis and instruct the District Court to enter an Order recalling and quashing the Writ of Suggestion and instructing Chase to release any funds restrained pursuant to the Writ of Suggestion.

Dated: January 5, 2017  **OCWEN LOAN SERVICING, LLC**

By: /s/ Jason E. Manning
Of Counsel

John C. Lynch (VSB No. 39267)
Jason E. Manning (VSB No. 74306)
Megan E. Burns (VSB No. 35883)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7564
Facsimile: (757) 687-1524
E-mail: john.lynch@troutmansanders.com
E-mail: jason.manning@troutmansanders.com
E-mail: megan.burns@troutmansanders.com
*Counsel for Ocwen Loan Servicing, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of January, 2017, a true and correct copy of the foregoing *Appellant's Motion for Expedited Review of Its Emergency Motion for Stay Pending Appeal* was filed with the Clerk using the CM/ECF system which will then notify all counsel of record.

/s/ Jason E. Manning
Jason E. Manning (VSB No. 74306)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7564
Facsimile: (757) 687-1524
E-mail: jason.manning@troutmansanders.com
*Counsel for Ocwen Loan Servicing, LLC*

30099850

5